AUSA JOHN SIPPEL

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:32 pm, Jul 10 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Meinecke, Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

1. I am a Special Agent with the ATF and have been so employed since 2015. I am currently assigned to ATF's Baltimore Field Division. I completed a 27-week training program at the Federal Law Enforcement Training Center and the ATF National Academy in Brunswick, Georgia, and have participated in various specialized trainings related to conducting investigations involving violations of federal firearm and narcotics laws, including the illegal possession of firearms, controlled substance laws, and the commission of violent crimes. My current duties include the investigation of said violations occurring within the District of Maryland.

2. This statement is submitted in support of a Criminal Complaint and arrest warrants for Devin GRIMES, John HYMAN, and Sharif NORTHINGTON, for violations of 18 U.S.C. § 1951 (Interference with Commerce by Robbery); 18 U.S.C. § 2119(1) (Carjacking); and 18 U.S.C. § 924(c) (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

3. The facts in this statement of probable cause are based on information learned during this investigation, first-hand or from other law enforcement officers, and my training and experience. I am familiar with the facts and circumstances of the investigation from discussions with other law enforcement agencies and from my review of records and reports relating to the investigation. This statement is intended to show merely that there is sufficient probable cause for the arrests of GRIMES, HYMAN, and NORTHINGTON, and does not set forth all of my knowledge about this matter.

4. On November 29, 2022, at approximately 9:03 p.m., three male subjects, wearing masks and hoods, entered a 7-Eleven convenience store located at 4918 Harford Road, Baltimore, Maryland 21214. The subjects were later identified as Devin GRIMES, John HYMAN, and Sharif NORTHINGTON. Upon entering the 7-Eleven store, GRIMES brandished a handgun and proceeded to rob the store with HYMAN and NORTHINGTON. The suspects stole money from the cash register and then fled the store. Unknown to the suspects, a money tracker was included with the stolen money, causing police to be notified and tracking the suspects' movements. The Baltimore Police Department ("BPD") and the Baltimore County Police Department ("BCPD") both dispatched officers, detectives, and aviation squads to locate the suspects.

5. After leaving the 7-Eleven store, the money tracker showed that the suspects traveled to a Stokos carry-out restaurant located at 5631 Harford Road, Baltimore, Maryland 21214, approximately 0.6 miles away from the 7-Eleven. At approximately 9:12 p.m., GRIMES, HYMAN, and NORTHINGTON entered the front door of the Stokos restaurant. GRIMES went to the back section of the restaurant while brandishing a handgun. GRIMES confronted a delivery driver, gun still in-hand, and robbed the man of the keys in his pocket. GRIMES returned to the register and demanded the cashier to open the register. GRIMES removed money from the register and all three suspects exited the store, fleeing in the delivery driver's blue 2017 Toyota Camry.

6. BPD and BCPD aviation units soon located two vehicles closely following each other that matched the movements of the money tracker. One vehicle was later identified as a grey 2007 Acura MDX, bearing Virginia license plate #TWR6372, and the other vehicle was later identified as a blue 2017 Toyota Camry, bearing Maryland license plates #2EK4428, the same vehicle that was carjacked at the Stokos carry-out earlier that evening. The vehicles separated and

attempted to flee police but were ultimately apprehended. Police apprehended the occupants of the blue 2017 Toyota Camry, GRIMES, HYMAN, and NORTHINGTON.

7. During the arrests, police recovered a loaded Smith & Wesson .40 caliber pistol, money, and a money tracker from GRIMES. Police recovered additional money from the blue 2017 Toyota Camry occupied by GRIMES, HYMAN, and NORTHINGTON.

8. Detectives responded to the 7-Eleven store and Stokos restaurant and collected information about each armed robbery and carjacking. They interviewed victims, reviewed security camera footage, and were able to confirm that GRIMES, HYMAN, and NORTHINGTON matched the suspects from both robberies and the carjacking.

9. All suspects were transported to BPD Headquarters for interviews. After waiving his *Miranda* rights, HYMAN admitted that he committed the robberies for the money. GRIMES, NORTHINGTON declined interviews.

10. To the best of my knowledge and belief, all statements made in this affidavit are true and correct. Based on the foregoing facts I believe probable cause exists supporting the issuance of a Criminal Complaint charging Devin GRIMES, John HYMAN, and Sharif NORTHINGTON with Interference with Commerce by Robbery, in violation of 18 U.S.C. § 1951; Carjacking, in violation of 18 U.S.C. § 2119(1); and Using, Carrying, and Brandishing a Firearm During and in Relation to Crimes of Violence.

_____
Justin Meinecke
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

3

    Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this  10th  day of July 2023.



_____
J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE